IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-CR-00077-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MIGUEL ANGEL DOMINGUEZ-MARTINEZ | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the above-referenced matter be unsealed.

SO ORDERED this the 17th day of March, 2021.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE